IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR115 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is on before the Court for the dispositional hearing on the Petition for Warrant of Summons for Offender Under Supervision (Filing No. 35). Plaintiff was represented by Assistant United States Attorney Nancy A. Svoboda; the defendant was represented by Assistant Federal Public Defender Michael F. Maloney.

Defendant admitted the violations contained in the Petition and the Court revoked the defendant's supervised release. Accordingly,

IT IS ORDERED that defendant is sentenced to the custody of the Bureau of Prisons for ten months, with no supervised release to follow. Defendant waived his right to be advised of his notice of appeal.

DATED this 13th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court